# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC35 | E 1989223 | R. MEJIA | UB11 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 04/30/2024 07:35AM | CVC - 22450(A) |

Place of Offense: E SPARROW DR / N MUGU RD NAVAL BASE VENTURA COUNTY POINT MUGU CA, 93041

Offense Description: Factual Basis for Charge    HAZMAT ☐

FAILURE TO STOP AT STOP SIGN / LIMIT LINE

AS ASSIMILATED BY 18 USC 13

### DEFENDANT INFORMATION

Last Name: CASTILLO    First Name: MARIA    M.I.: A

Street Address: ████████████████

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 76THS11 | CA | 15 | NISSAN / PF | | WHT |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ 35 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ 65 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____  Date: _____

Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature    X _____

Original - CVB Copy

*E1989223*

CVB SCAN 06/05/2024 16:0

---

(For issuance of an arrest warrant or summons)

I state that on 04/30, 2024 while exercising my duties as a law enforcement officer in the CENTRAL District of CALIFORNIA

SEE ATTACHED PROBABLE CAUSE STATEMENT.

The foregoing statement is based upon:

☒ my personal observation    ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/30/2024    [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;   PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident

CVB SCAN 06/05/2024 16:0